IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


UNITED STATES OF AMERICA          )
                                  )
v.                                )          No.  1:07-CR-84
                                  )
JOHN HISE                         )


## MEMORANDUM AND ORDER

This criminal defendant is before the court on his motion for a

continuance of his change-of-plea hearing [doc. 573].  He says that he needs

additional time to arrange his affairs before going into custody and his wife is ill.

He seeks additional time to take care of his wife and his affairs.  The government

does not oppose a brief continuance.

The court finds the defendant's motion well taken.  The court finds

that the ends of justice served by a continuance outweigh the best interest of the

public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The failure

to grant a short continuance would place undue hardship on the defendant,

keeping in mind the defendant's intent to plead guilty.  18 U.S.C.

§ 3161(h)(8)(B)(iv).   The court finds that all the time from the filing of the motion

until the new plea date is excludable time within the meaning of the Speedy Trial

Act. 18 U.S.C. § 3161(h)(8)(A).

Therefore, it is hereby **ORDERED** that the defendant's motion is

**GRANTED**, and the hearing for the entry of the defendant's guilty plea is

**CONTINUED** to Friday, March 28, 2008, at **9:15 a.m.** in Chattanooga.

ENTER:

_____*s/ Leon Jordan*_____
United States District Judge